**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
VINCENT VICARI,

                          Plaintiff,                          18 **CIVIL** 10702 (VB)

                -against-                         **JUDGMENT**

ANDREW SAUL,
Commissioner of the Social Security Administration,

                        Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated August 31, 2020, Plaintiff's objections are overruled, and the R&R is adopted in its entirety as the Opinion of the Court; Defendant's motion for judgment on the pleadings is granted; Plaintiff's motion for judgment on the pleadings is denied; the case is dismissed; accordingly, this case is closed.

**Dated:**  New York, New York
          August 31, 2020

                                                           **RUBY J. KRAJICK**
                                                            _____
                                                                 **Clerk of Court**
                                             **BY:**
                                                                  **Deputy Clerk**